UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CHARLES DAVIS,

    Plaintiff,

v.                                  05-3064

WARDEN WINTERS et al.,

    Defendants.

### Order

The plaintiff has not responded to Defendants' partial motion for summary judgment motion. Defendants' proposed facts, which are supported by cites to the record, are therefore accepted as true. *See* Central District of Illinois Local Rule 7.1(D)(2)(". . .[F]ailure to respond shall be deemed an admission of the motion [for summary judgment]."); Rule 56 Notice, d/e's 29, 38; *Smith v. Lamz*, 321 F.3d 680, 682-83 (7th Cir. 2003), *quoting Bordelon v. Chicago Sch. Reform Bd. of Trustees*, 233 F.3d 524, 529 (7th Cir. 2000)( . . . "[F]ailure to respond by the nonmovant as mandated by the local rules results in an admission. . . ." (citation omitted)).

Defendants' facts rule out any reasonable inference of personal responsibility on the part of Defendants Lindorff-Mathes, Winters and Drawve regarding the plaintiff's excessive force claim. The facts also rule out any inference by Defendants Winters, Lindorff-Mathes or Drawve of deliberate indifference to the plaintiff's serious medical needs. The other defendants will remain in on both claims because an inference arises, if they used excessive force as alleged by the plaintiff, that they were deliberately indifferent to the plaintiff's need for medical attention after beating him.

The court notes that the plaintiff is apparently on parole and has not filed a change of address, or anything else since March 2006. The plaintiff will be directed to show cause why his case should not be dismissed for lack of prosecution and failure to comply with this court's order directing prompt notice of change of address.

IT IS THEREFORE ORDERED:

1) Defendants' partial motion for summary judgment is granted in part (d/e 66). Summary judgment is granted to Defendants Winters, Drawve and Lindorff-Mathes, who are dismissed from the case. The motion is otherwise denied.

2) By December 18, 2006, the plaintiff is directed to show cause why this case should not be dismissed, with prejudice, for failing to comply with this court's order for immediate

notification of any change in address (d/e 8, Scheduling Order) and for lack of prosecution.

**Entered This 5th Day of December, 2006.**

              s\Harold A. Baker
             _____
              **Harold A. Baker**
              **U.S. District Judge**